|   |   |   |
|---|---|---|
| 1 | VERSO LAW GROUP LLP | |
| 2 | GREGORY S. GILCHRIST (Cal. Bar No. 111536)<br>AMY SHAHAN PARIGI (Cal. Bar No. 261948) | |
| 3 | RYAN BRICKER (Cal. Bar No. 269100)<br>PAYMANEH PARHAMI (Cal. Bar No. 335604) | |
| 4 | 209 Kearny Street, Third Floor<br>San Francisco, California 94108 | |
| 5 | Telephone:  (415) 534-0495<br>Facsimile:   (270) 518-5974 | |
| 6 | Email:        greg.gilchrist@versolaw.com<br>                 amy.parigi@versolaw.com | |
| 7 |                  ryan.bricker@versolaw.com<br>                 paymaneh.parhami@versolaw.com | |
| 8 | Attorneys for Plaintiff<br>PATAGONIA, INC. | |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| PATAGONIA, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>T-SHIRT AT FASHION LLC,<br><br>            Defendant. | Case No. 2:23-cv-01530-PA-MRW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST T-SHIRT AT FASHION LLC**<br><br>Hearing Date: October 16, 2023<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9A, 9th Floor<br>Judge: Hon. Percy Anderson<br><br>Complaint Filed: March 1, 2023 |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS GIVEN that on October 16, 2023, at 1:30 p.m., or as soon thereafter as the matter can be heard, before the Honorable Percy Anderson located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, California 90012, Plaintiff Patagonia, Inc. will and does move the Court to enter default judgment against Defendant T-shirt AT Fashion. This motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the

supporting Declaration of Paymaneh Parhami, the Proposed Final Judgment and Permanent Injunction filed with this motion, as well as the record in this case and any matters presented to the Court at the time of hearing.

DATED: September 11, 2023      Respectfully submitted,

VERSO LAW GROUP LLP

By:  */s/ Ryan Bricker*
GREGORY S. GILCHRIST
AMY SHAHAN PARIGI
RYAN BRICKER
PAYMANEH PARHAMI

Attorneys for Plaintiff
PATAGONIA, INC.

# PROOF OF SERVICE

I, Victoria Tallentire, declare:

I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is 209 Kearny Street, Third Floor, San Francisco, California 94108. On the date set forth below, I served a true and accurate copy of the foregoing document entitled:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST T-SHIRT AT FASHION LLC**

on the parties in this action as follows:

T-Shirt AT Fashion
support@t-shirtat.com
xfrogclothing@gmail.com

☐ **[By US Mail]** I caused said document to be sent by US Mail to the address indicated for the parties listed above.

☒ **[By Email]** I caused said document to be sent by Email to the address indicated for the parties listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this date at San Francisco, California.

Dated: September 11, 2023

_____
Victoria Tallentire

PROOF OF SERVICE