**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC., | CV 23-1530 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| T-SHIRT AT FASHION LLC, | |
| Defendant. | |

Pursuant to this Court's October 10, 2023 Minute Order granting the Motion for Default Judgment filed by plaintiff Patagonia, Inc. ("Plaintiff" or "Patagonia") against defendant T-shirt AT Fashion LLC ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall have judgment in its favor and against Defendant; and

2. Plaintiff shall recover from Defendant, the amount of $64,000.00 (consisting of $30,000.00 in statutory damages for copyright infringement, $30,000.00 in statutory damages under the Lanham Act, and $4,000.00 in attorneys' fees; and

3. Plaintiff shall recover from Defendant its costs of suit; and

4. Defendant and its agents, employees, attorneys, successors, assigns, affiliates, and joint venturers, and any person(s) in active concert or participation with it, and/or any person(s) acting for, with, by, through or under it, are permanently enjoined from:

    a)     Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods or services that display any words or symbols that so resemble the PATAGONIA trademarks as to be likely to cause confusion, mistake, or deception, on or in connection with any product that is not authorized by or for Patagonia, including, without limitation, any product or service that bears the T-shirt AT Fashion Designs, or any other approximation of Patagonia's trademarks; or

    b)     Using any word, term, name, symbol, device, or combination that causes or is likely to cause confusion, mistake, or deception as to the affiliation or association of Defendant or its products with Patagonia, or as to the origin of Defendant's goods, or any false designation of origin, false or misleading description or representation of fact, or any false or misleading advertising, or likely dilution of the PATAGONIA trademark; or

    (c)     Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any goods or services, or participating in the manufacture, license, sale, offer for sale, distribution, import, export, advertisement, promotion, or display of any goods or services, that display a copy of Patagonia's copyrighted P-6 design, or any other graphic that is substantially similar to the P-6 design; and

5.     Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: October 10, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE